[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re Cases Held for Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, Slip Opinion No. 2026-Ohio-2372.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2026-OHIO-2372

IN RE CASES HELD FOR OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION *v.* DELAWARE COUNTY BOARD OF REVISION.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re Cases Held for Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, Slip Opinion No. 2026-Ohio-2372.]

*Disposition of cases held for* Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision.

(Submitted June 10, 2026—Decided June 24, 2026.)

―――――――――――――

The below judgment of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, BRUNNER, DETERS, HAWKINS, and SHANAHAN, JJ.

{¶ 1} The judgments of the courts of appeals in the following cases are affirmed on the authority of *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2026-Ohio-1963:

- 2024-0797.  *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1563 (5th Dist.).

- 2024-0798. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1566 (5th Dist.).
- 2024-0799. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1563 (5th Dist.).
- 2024-0800. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1564 (5th Dist.).
- 2024-0801. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1563 (5th Dist.).
- 2024-0802. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1563 (5th Dist.).
- 2024-0803. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1563 (5th Dist.).
- 2024-0804. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1564 (5th Dist.).
- 2024-0806. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1564 (5th Dist.).
- 2024-0807. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1564 (5th Dist.).
- 2024-0810. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1563 (5th Dist.).
- 2024-0811. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1563 (5th Dist.).
- 2024-0812. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1563 (5th Dist.).
- 2024-0813. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1563 (5th Dist.).

- 2024-0816. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1566 (5th Dist.).
- 2024-0817. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1566 (5th Dist.).
- 2024-0818. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1564 (5th Dist.).
- 2024-0819. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1564 (5th Dist.).
- 2024-0820. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1563 (5th Dist.).
- 2024-0821. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1566 (5th Dist.).
- 2024-0822. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1564 (5th Dist.).
- 2024-0824. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1564 (5th Dist.).
- 2024-0825. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1566 (5th Dist.).
- 2024-0826. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1563 (5th Dist.).
- 2024-0827. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1563 (5th Dist.).
- 2024-0829. *Westerville City School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1567 (5th Dist.).
- 2024-0830. *Delaware City School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1565 (5th Dist.).

- 2024-0831. *Delaware City School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-1565 (5th Dist.).

- 2024-0834. *Lancaster City School Dist. Bd. of Edn. v. Fairfield Cty. Bd. of Revision*, 2024-Ohio-1562 (5th Dist.).

- 2024-0835. *Lancaster City School Dist. Bd. of Edn. v. Fairfield Cty. Bd. of Revision*, 2024-Ohio-1561 (5th Dist.).

- 2024-0836. *Lancaster City School Dist. Bd. of Edn. v. Fairfield Cty. Bd. of Revision*, 2024-Ohio-1561 (5th Dist.).

- 2024-0837. *Lancaster City School Dist. Bd. of Edn. v. Fairfield Cty. Bd. of Revision*, 2024-Ohio-1562 (5th Dist.).

- 2024-0838. *Lancaster City School Dist. Bd. of Edn. v. Fairfield Cty. Bd. of Revision*, 2024-Ohio-1562 (5th Dist.).

- 2024-0839. *Lancaster City School Dist. Bd. of Edn. v. Fairfield Cty. Bd. of Revision*, 2024-Ohio-1561 (5th Dist.).

- 2024-0903. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-2141 (5th Dist.).

- 2024-0954. *Cleveland Mun. School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision*, 2024-Ohio-1887 (8th Dist.).

- 2024-0996. *Olentangy Local School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-2442 (5th Dist.).

- 2024-1210. *Westerville City School Dist. Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2024-Ohio-2963 (5th Dist.).

- 2024-1382. *Dublin City Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-3368 (3d Dist.).

- 2024-1383. *Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-3368 (3d Dist.).

- 2024-1384. *Dublin City Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-3368 (3d Dist.).

- 2024-1385. *Dublin City Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-3368 (3d Dist.).

- 2024-1386. *Dublin City Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-3368 (3d Dist.).

- 2024-1387. *Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-3368 (3d Dist.).

- 2024-1388. *Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-3368 (3d Dist.).

- 2024-1389. *Dublin City Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-3368 (3d Dist.).

- 2024-1702. *Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, No. 14-24-23 (3d Dist. Oct. 28, 2024).

———————————

The below judgment of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, BRUNNER, DETERS, HAWKINS, and SHANAHAN, JJ.

{¶ 2} The judgment of the court of appeals in the following case is affirmed on the authority of *Olentangy Local School Dist. Bd. of Edn.*, 2026-Ohio-1963, and *Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-3323:

- 2024-0953. *Bedford City Schools Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision*, 2024-Ohio-1894 (8th Dist.).

———————————